**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 127 EAL 2015
:
              Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
DONTAE THOMAS, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.